Bob CAMP, Appellant,

v.

Delbertha CHILTON, Respondent,

and

Fleur De Lis Nursing Home, Garnishee/Respondent.

No. 41691.

Missouri Court of Appeals, Eastern District, Division Three.

March 11, 1980.

William G. Reeves, Donald E. Gillihan, Farmington, for appellant.

David L. Mayhugh, Farmington, for Fleur De Lis Nursing Home, garnishee/respondent.

CLEMENS, Senior Judge.

Plaintiff-appellant, a judgment creditor, had garnishment issued against defendant on his 1971 $672 judgment. Plaintiff's bill

collector testified defendant had paid over $900 but he had voluntarily applied parts thereof on open accounts of other creditors. Plaintiff did not testify and there was neither pleading nor evidence to substantiate any other account. The court found plaintiff's judgment had been paid and quashed the garnishment; plaintiff appeals.

We find the order quashing garnishment is supported by substantial evidence and no error of law appears. We affirm in compliance with Rule 84.16(b) V.A.M.R.

DOWD, P. J., and REINHARD and CRIST, JJ., concur.